DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ZAHID NAWAZ ROY,

Appellant,

v.

SYDON HOLDINGS, INC.,

Appellee.

No. 2D2024-2110

_____

December 12, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Michael F. Andrews, Judge.

Zahid Nawaz Roy, pro se.

Patrick A. Davis of Patrick A. Davis, P.A., Clearwater, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.